UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Keri L. Borzilleri**<br><br>      Plaintiff,<br><br>v.<br><br>**Marilyn J. Mosby, in her personal capacity**<br><br>      Defendant | Civil Action No. 15 Civ. 3760<br><br>Hon. J. Frederick Motz |

**PLAINTIFF'S NOTICE OF FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY TRIAL**

Plaintiff Keri Borzilleri respectfully advises the Court of the filing of her First Amended Complaint and Demand for Jury Trial. The First Amended Complaint is filed as of right under Fed. R. Civ. P. 15(a)(1)(B).

Pursuant to Local Rule 103.6(b), Plaintiff has not re-filed the Exhibits that accompanied her original Complaint. Pursuant to Local Rule 103.6(c), we have filed a copy of the First Amended Complaint that identifies the amendments that have been made to the original Complaint.

Dated: February 8, 2016

/s/ *Stacey K. Grigsby*
Stacey K. Grigsby
  (Bar No. 28090)
  sgrigsby@bsfllp.com
Ryan Park
  (admission pro hac vice pending)
  rpark@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, DC 20015
Tel. 202-237-2727
Fax 202-237-6131